UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )
PATCH, TOBIAS M.                          )        Case No. 17-_____
xxx-xx-4072,                              )
                                          )               Chapter 7
        Debtor.                           )

**STATEMENT UNDER PENALTY OF PERJURY**
**CONCERNING PAYMENT ADVICES Due to 11 U.S.C. §521(a)(1)(B)(iv)**

I, Tobias M. Patch, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

[  ]     I was not employed during the period immediately preceding the filing of the above-referenced case _____ (insert the dates that you were not employed);

[  ]     I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[✓]     I am self-employed and do not receive any evidence of payment from an employer;

[  ]     Other (please provide explanation): _____.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: _10/31/2017_            By: _____
                                       Tobias M. Patch, Debtor