**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tobias Moshe Patch** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Sarah Elizabeth Patch** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | **1:17-bk-20054** |

■ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim | Column C — Unsecured portion (If any) |
|---|---|---|---|---|
| **2.1 Wells Fargo Dealer Services** — Creditor's Name | Describe the property that secures the claim: | **$42,320.00** | **$17,276.00** | **$25,044.00** |

Describe the property that secures the claim:

> **2013 Lexus RX 350**
> **high miles, condition Fair**

**PO Box 1697**
**Winterville, NC**
**28590-1697**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2015 - 2016**         Last 4 digits of account number   **9970**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$42,320.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$42,320.00** |

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tobias Moshe Patch** |
| | First Name　　　Middle Name　　　Last Name |
| Debtor 2 | **Sarah Elizabeth Patch** |
| (Spouse if, filing) | First Name　　　Middle Name　　　Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | **1:17-bk-20054** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims　　　12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:　List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| 2.1 | **Colorado Department of Revenue** | Last 4 digits of account number | 4072 | $105.00 | $105.00 | $0.00 |
| | Priority Creditor's Name | When was the debt incurred? | 2016 | | | |

**1375 Sherman St. Rm. 504**
**Bankruptcy Unit**
**Denver, CO 80261-0001**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com　　　12345

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | 4072 | $14,736.00 | $14,736.00 | $0.00 |

Priority Creditor's Name

**PO Box 7346 Insolvency Section**
**Philadelphia, PA 19101-7346**

When was the debt incurred?   **2014 - 2016**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| 2.3 | **Texas, State of** | Last 4 digits of account number | 1690 | $297.00 | $297.00 | $0.00 |

Priority Creditor's Name

**PO Box 149348**
**Austin, TX 78714-9348**

When was the debt incurred?   **2016**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

**4.1**

**A T & T Mobility**
Nonpriority Creditor's Name

**PO Box 6463**
**Carol Stream, IL 60197-6463**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **7258**            **$1,000.00**

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal debt**

---

**4.2**

**Affiliated Acceptance Co**
Nonpriority Creditor's Name

**PO Box 790001**
**Sunrise Beach, MO 65079-9001**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**            **$149.00**

**When was the debt incurred?**   **2013 - 2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal debt - unknown**

---

**4.3**

**Ambit Energy**
Nonpriority Creditor's Name

**PO Box 660462**
**Dallas, TX 75266-0462**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**            **$1,236.00**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **utilities**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**    Case number (if know) **1:17-bk-20054**

---

| 4.4 | **AT&T Mobility** | | |
| --- | --- | --- | --- |

**AT&T Mobility**
Nonpriority Creditor's Name

**PO Box 10330**
**Fort Wayne, IN 46851-0330**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **5065**    **$1,992.00**

**When was the debt incurred?**  **20__ - 2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **personal cell service**

---

| 4.5 | **AT&T Mobility** | | |
| --- | --- | --- | --- |

**AT&T Mobility**
Nonpriority Creditor's Name

**PO Box 10330**
**Fort Wayne, IN 46851-0330**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **5488**    **$239.00**

**When was the debt incurred?**  **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **personal cell service**

---

| 4.6 | **Austin Radiological Assoc, c-o CME** | | |
| --- | --- | --- | --- |

**Austin Radiological Assoc, c-o CME**
Nonpriority Creditor's Name

**4200 International Pkwy**
**Carrollton, TX 75007-1912**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1536**    **$153.00**

**When was the debt incurred?**  **2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical services**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

| 4.7 | **B & S Port O Jons** | **Last 4 digits of account number** | | **$175.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **2015 - 2016**

**2805 S 12th St**
**Waco, TX 76706-3502**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated
■ At least one of the debtors and another          ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**
**debt**                                           ☐ Student loans
**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **DHC business vendor**

---

| 4.8 | **Branch Bank And Trust** | **Last 4 digits of account number**  **1001** | | **$25,044.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **2015**

**223 Nash St W**
**Wilson, NC 27893-3801**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
■ Debtor 1 and Debtor 2 only                       ☐ Unliquidated
☐ At least one of the debtors and another          ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**
**debt**                                           ☐ Student loans
**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **vehicle repo deficiency**

---

| 4.9 | **Capital One Services** | **Last 4 digits of account number**  **9620** | | **$2,028.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **2011 - 2017**

**PO Box 30281**
**Salt Lake City, UT 84130-0281**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated
☐ At least one of the debtors and another          ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**
**debt**                                           ☐ Student loans
**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **credit card debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

| 4.10 | **Capital One Services** | **Last 4 digits of account number** _____ | **$274.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **2012 - 2016**

**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only               ☐ Contingent
☐ Debtor 2 only               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**   report as priority claims
■ No                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                         ■ Other. Specify   **credit card debt**

---

| 4.11 | **Castro's Cleaning** | **Last 4 digits of account number** _____ | **$1,650.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **2016**

**2700 Lasker Ave**
**Waco, TX 76707-1332**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only               ☐ Contingent
☐ Debtor 2 only               ☐ Unliquidated
■ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**   report as priority claims
■ No                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                         ■ Other. Specify   **personal debt**

---

| 4.12 | **Chase Bank** | **Last 4 digits of account number** **0096** | **$8,503.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **2013 - 2016**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only               ☐ Contingent
■ Debtor 2 only               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**   report as priority claims
■ No                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                         ■ Other. Specify   **credit card debt**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  6 of 29

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

4.13   **Chase Bank**          Last 4 digits of account number   **7089**          $1,018.00
Nonpriority Creditor's Name

          When was the debt incurred?   **2016**

**340 S Cleveland Ave Bldg 370**
**Westerville, OH 43081-8917**
Number Street City State ZIp Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

■ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **personal debt**

---

4.14   **Chase Bank**          Last 4 digits of account number   **1573**          $800.00
Nonpriority Creditor's Name

          When was the debt incurred?   **2015-2016**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **credit card debt**

---

4.15   **Chase Bank**          Last 4 digits of account number   **2706**          $1,193.00
Nonpriority Creditor's Name

          When was the debt incurred?   **2015 - 2016**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **credit card debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

| 4.16 | **Chase Bank** | | |
|------|----------------|--|--|

Nonpriority Creditor's Name

Last 4 digits of account number   **9995**                          **$1,500.00**

When was the debt incurred?   **2015 - 2016**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only           ☐ Contingent

■ Debtor 1 and Debtor 2 only   ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a  community**   **Type of NONPRIORITY unsecured claim:**
**debt**
☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes   ■ Other. Specify   **personal credit card debt**

---

| 4.17 | **Chase Bank** | | |
|------|----------------|--|--|

Nonpriority Creditor's Name

Last 4 digits of account number                          **$8,715.00**

When was the debt incurred?   **2013 - 2017**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only           ☐ Contingent

☐ Debtor 1 and Debtor 2 only   ☐ Unliquidated

■ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a  community**   **Type of NONPRIORITY unsecured claim:**
**debt**
☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes   ■ Other. Specify   **DHC business credit card debt**

---

| 4.18 | **Chase Bank** | | |
|------|----------------|--|--|

Nonpriority Creditor's Name

Last 4 digits of account number                          **$6,907.00**

When was the debt incurred?   **2013 - 2017**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only           ☐ Contingent

☐ Debtor 1 and Debtor 2 only   ☐ Unliquidated

■ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a  community**   **Type of NONPRIORITY unsecured claim:**
**debt**
☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes   ■ Other. Specify   **DHC business debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**        Case number (if know)   **1:17-bk-20054**

---

| 4.19 | **Chase Bank** | Last 4 digits of account number | | | **$8,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**   **2004 - 2009**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **DHC business debt**

---

| 4.20 | **Chase Card Services** | Last 4 digits of account number | **1184** | | **$16,118.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**   **2014 - 2016**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **credit card debt**

---

| 4.21 | **Chase Card Services** | Last 4 digits of account number | **0652** | | **$14,998.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**   **2015**

**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **DHC business credit card debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**                  Case number (if know)   **1:17-bk-20054**

---

**4.22** | **Chesapeake Life Ins, The** | Last 4 digits of account number | **4894** | **$532.00**
Nonpriority Creditor's Name

When was the debt incurred? **2017**

**PO Box 982010**
**North Richland Hills, TX**
**76182-8010**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                          ☐ Contingent
■ Debtor 1 and Debtor 2 only             ☐ Unliquidated
☐ At least one of the debtors and another ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community
debt**                                   ☐ Student loans
**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   **personal debt**

---

**4.23** | **Citi Cards** | Last 4 digits of account number | **5149** | **$2,534.00**
Nonpriority Creditor's Name

When was the debt incurred? **2013 - 2016**

**PO Box 6241 Business**
**Sioux Falls, SD 57117-6241**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                          ☐ Contingent
■ Debtor 1 and Debtor 2 only             ☐ Unliquidated
☐ At least one of the debtors and another ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community
debt**                                   ☐ Student loans
**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   **credit card debt**

---

**4.24** | **Comcast Cable** | Last 4 digits of account number | **9081** | **$1,068.00**
Nonpriority Creditor's Name

When was the debt incurred? **2016**

**1 Comcast Ctr**
**Philadelphia, PA 19103-2838**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only                          ☐ Contingent
☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated
☐ At least one of the debtors and another ■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community
debt**                                   ☐ Student loans
**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   **personal debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

**4.25**   **Credit One Bank**          Last 4 digits of account number   **4053**          **$1,489.00**
Nonpriority Creditor's Name

          When was the debt incurred?   **2014 - 2016**

**PO Box 98872**
**Las Vegas, NV 89193-8872**
Number Street City State ZIp Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

■ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **credit  card debt**

---

**4.26**   **Denver Parking Violation Bureau**          Last 4 digits of account number   **9421**          **$100.00**
Nonpriority Creditor's Name

          When was the debt incurred?   **2016**

**Dept 1242**
**Denver, CO 80256**
Number Street City State ZIp Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **personal debt**

---

**4.27**   **E-470 Public Highway Authority**          Last 4 digits of account number          **$985.00**
Nonpriority Creditor's Name

          When was the debt incurred?   **2016**

**PO Box 5470**
**Denver, CO 80217-5470**
Number Street City State ZIp Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **personal debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

**4.28**  **Eastern Account System**
Nonpriority Creditor's Name

**75 Glen Rd Ste 110**
**Sandy Hook, CT 06482-1175**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$153.00**

**When was the debt incurred?**   **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal debt - unknown**

---

**4.29**  **Esurance**
Nonpriority Creditor's Name

**PO Box 5250**
**Sioux Falls, SD 57117-5250**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **8795**          **$400.00**

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal debt**

---

**4.30**  **Ferguson Enterprises**
Nonpriority Creditor's Name

**PO Box 847411**
**Dallas, TX 75284-7411**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **6882**          **$7,191.00**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **DHC business debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**                  Case number (if know)   **1:17-bk-20054**

---

| 4.31 | **Fit Turf** | Last 4 digits of account number | **0264** | **$192.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **2017**

**15467 E Hinsdale Cir**
**Centennial, CO 80112-4285**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal debt - unknown**

---

| 4.32 | **Fort Bend County Toll Road** | Last 4 digits of account number | | **$1,727.00** |

Nonpriority Creditor's Name
**c-o Linebarger Goggan, et al.**
**4828 Loop Central Dr # 500**
**Houston, TX 77081-2212**

When was the debt incurred?   **2015 - 2016**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal debt**

---

| 4.33 | **Founders Family Medical Center** | Last 4 digits of account number | **2609** | **$99.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **Nov 2016**

**PO Box 19000**
**Belfast, ME 04915-4085**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical services**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

**4.34** | **Grande Communications** | Last 4 digits of account number   **8871** | **$1,541.00**
Nonpriority Creditor's Name

When was the debt incurred?   **2016**

**7200 Imperial Dr**
**Waco, TX 76712-6623**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

■ At least one of the debtors and another          ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **DHC business vendor**

---

**4.35** | **Hamlin, Stephen F & Teresa** | Last 4 digits of account number | **$35,000.00**
Nonpriority Creditor's Name

When was the debt incurred?   **2016**

**3119 Baylor Camp Rd**
**Crawford, TX 76638-2702**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

■ At least one of the debtors and another          ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **DHC business debt**

---

**4.36** | **Harris County Toll Rd** | Last 4 digits of account number | **$3,576.00**
Nonpriority Creditor's Name

When was the debt incurred?

**7701 Wilshire Place Dr**
**Houston, TX 77040-5326**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

■ Debtor 1 and Debtor 2 only          ☐ Unliquidated

☐ At least one of the debtors and another          ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **personal debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Patch, Tobias Moshe & Patch, Sarah Elizabeth** | Case number (if know)  **1:17-bk-20054** |

---

**4.37**

**Hartford, The**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____                **$1,200.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **personal debt**

---

**4.38**

**High Noon Productions LLC**
Nonpriority Creditor's Name

**3035 S Parker Rd # 500**
**Aurora, CO 80014-2940**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____                **$25,000.00**

**When was the debt incurred?**      **2014 - 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **DHC business vendor**

---

**4.39**

**Hobbs, Lawrence and Stacy**
Nonpriority Creditor's Name

**2844 Mackey Ranch Rd**
**Moody, TX 76557-4182**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____                **$53,129.00**

**When was the debt incurred?**      **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **DHC business debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

| 4.40 | **Houzz** | | Last 4 digits of account number | | **$2,100.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **2016**

**285 Hamilton Ave Fl 4**
**Palo Alto, CA 94301-2540**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ☐ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                      ■ Other. Specify   **DHC business vendor**

---

| 4.41 | **JMMJ** | | Last 4 digits of account number | | **$40,000.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **2014 - 2016**

**4300 W Waco Dr # B2-245**
**Waco, TX 76710-7010**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ☐ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                      ■ Other. Specify   **DHC business debt**

---

| 4.42 | **John Keran Plumbing** | | Last 4 digits of account number | | **$1,603.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **2015**

**PO Box 20063**
**Waco, TX 76702-0063**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ☐ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                      ■ Other. Specify   **DHC business vendor**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 16 of 29

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**     Case number (if know)   **1:17-bk-20054**

---

| 4.43 | **Kerr Refuse Services** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **8162**                    **$600.00**

When was the debt incurred?   **2015**

**PO Box 282**
**China Spring, TX 76633-0282**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DHC business vendor**

---

| 4.44 | **Levinthal Wilkins** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number                    **$6,450.00**

When was the debt incurred?   **2016**

**2323 S Shepherd Dr # 1000**
**Houston, TX 77019-7031**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DHC business debt**

---

| 4.45 | **Liberty Mutual Ins** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **8795**                    **$2,278.00**

When was the debt incurred?   **2017**

**100 Liberty Way**
**Dover, NH 03820-4597**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **personal debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

**4.46**  **Magnolia Farms**
Nonpriority Creditor's Name

**1700 W Waco Dr**
**Waco, TX 76701-1160**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DHC business vendor**

---

**4.47**  **Magnolia Market**
Nonpriority Creditor's Name

**601 Webster Ave**
**Waco, TX 76706-1164**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DHC business vendor**

---

**4.48**  **McCoy's Building Supply**
Nonpriority Creditor's Name

**PO Box 1362**
**San Marcos, TX 78667-1362**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **1141**                    **$7,863.00**

**When was the debt incurred?**   **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DHC business vendor**

---

Official Form 106 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 18 of 29**

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)     **1:17-bk-20054**

---

| 4.49 | **Mobile Modular** | Last 4 digits of account number | **5983** | **$286.00** |

Nonpriority Creditor's Name

When was the debt incurred?     **2015**

**PO Box 45043**
**San Francisco, CA 94145-5043**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**     ☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes     ■ Other. Specify   **DHC business debt**

---

| 4.50 | **N2 Publishing** | Last 4 digits of account number | | **$5,899.00** |

Nonpriority Creditor's Name

When was the debt incurred?     **2014 - 2016**

**5051 New Centre Dr**
**Wilmington, NC 28403-1623**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
■ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**     ☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes     ■ Other. Specify   **DHC business vendor**

---

| 4.51 | **Patch, Debbie** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 1**
**Wimberley, TX 78676-0001**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**     ☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes     ■ Other. Specify   **personal/possible business loan**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**      Case number (if know)    **1:17-bk-20054**

---

| 4.52 | **Plaza on Westheimer** | **Last 4 digits of account number** | **6008** | **$670.00** |

Nonpriority Creditor's Name

**6263 Westheimer Rd**
**Houston, TX 77057-4415**
Number Street City State ZIp Code

**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **personal debt - unknown**

---

| 4.53 | **Premier ER Plus LLC** | **Last 4 digits of account number** | **3437** | **$1,685.00** |

Nonpriority Creditor's Name

**PO Box 24001**
**Waco, TX 76702-4001**
Number Street City State ZIp Code

**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **medical services**

---

| 4.54 | **Premier Physicians** | **Last 4 digits of account number** | **4097** | **$133.00** |

Nonpriority Creditor's Name

**PO Box 24001**
**Waco, TX 76702-4001**
Number Street City State ZIp Code

**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **medical services**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)  **1:17-bk-20054**

---

**4.55** | **Scripps Network** | **Last 4 digits of account number** | | **unknown**
Nonpriority Creditor's Name

**When was the debt incurred?**   **2014 - 2016**

**9721 Sherrill Blvd**
**Knoxville, TN 37932-3330**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **personal debt - unknown**

---

**4.56** | **Sirius XM Radio Inc** | **Last 4 digits of account number**   **9914** | | **$92.00**
Nonpriority Creditor's Name

**When was the debt incurred?**   **2016**

**PO Box 33174**
**Detroit, MI 48232-5174**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **personal debt**

---

**4.57** | **Summer Energy** | **Last 4 digits of account number**   **9540** | | **$289.00**
Nonpriority Creditor's Name

**When was the debt incurred?**   **2014 - 2016**

**PO Box 460485**
**Houston, TX 77056-8485**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

■ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **personal debt - utilities**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Patch, Tobias Moshe & Patch, Sarah Elizabeth**      Case number (if know)    **1:17-bk-20054**

---

| 4.58 | **Sunbelt Rentals, Inc** | **Last 4 digits of account number** | **4650** | **$555.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**    **2015 - 2016**

**1275 W Mound St**
**Columbus, OH 43223-2213**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **Unknown**

---

| 4.59 | **T-Mobile Bankruptcy Team** | **Last 4 digits of account number** | **3591** | **$187.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**    **2017**

**PO Box 53410**
**Bellevue, WA 98015-3410**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

■ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **personal debt**

---

| 4.60 | **TDECU** | **Last 4 digits of account number** | **0354** | **$758.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**1001 FM 2004 Rd**
**Lake Jackson, TX 77566-4012**
Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **personal debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**                          Case number (if know)   **1:17-bk-20054**

---

4.61   **Texas Radiology , c-o CMRE**
Nonpriority Creditor's Name

**3075 E Imperial Hwy # 200**
**Brea, CA 92821-6753**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                 **$275.00**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical services**

---

4.62   **Toben, Bradley & Elizabeth**
Nonpriority Creditor's Name

**312 Terrace Mtn**
**Woodway, TX 76712-3028**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____               **$125,077.00**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **DHC business debt**

---

4.63   **TXU Energy**
Nonpriority Creditor's Name

**3500 Franklin Ave**
**Waco, TX 76710-7326**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **5696**                        **$300.00**

**When was the debt incurred?**   **2014 - 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **DHC business debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**　　　Case number (if know)　**1:17-bk-20054**

---

**4.64**　　**United Healthcare**　　　　　Last 4 digits of account number _____　　　**$2,500.00**
Nonpriority Creditor's Name

　　　　　When was the debt incurred? _____

**PO Box 30555**
**Salt Lake City, UT 84130-0555**
Number Street City State ZIp Code　　　As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only　　　　　　　　　　☐ Contingent

☐ Debtor 2 only　　　　　　　　　　☐ Unliquidated

■ Debtor 1 and Debtor 2 only　　　　☐ Disputed

☐ At least one of the debtors and another　**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**　☐ Student loans
**debt**　　　　　　　　　　　　　☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**　　　report as priority claims

■ No　　　　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes　　　　　　　　　　　　　■ Other. Specify　**personal debt**

---

**4.65**　　**Waco Cardiology Assoc**　　　Last 4 digits of account number　**9335**　　　**$244.00**
Nonpriority Creditor's Name

　　　　　When was the debt incurred?　**2015**

**PO Box 21327**
**Waco, TX 76702-1327**
Number Street City State ZIp Code　　　As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only　　　　　　　　　　☐ Contingent

■ Debtor 2 only　　　　　　　　　　☐ Unliquidated

☐ Debtor 1 and Debtor 2 only　　　　☐ Disputed

☐ At least one of the debtors and another　**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**　☐ Student loans
**debt**　　　　　　　　　　　　　☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**　　　report as priority claims

■ No　　　　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes　　　　　　　　　　　　　■ Other. Specify　**medical services**

---

**4.66**　　**Waco, City of**　　　　　　Last 4 digits of account number　**8143**　　　**$177.00**
Nonpriority Creditor's Name

　　　　　When was the debt incurred? _____

**PO Box 2649**
**Waco, TX 76702-2649**
Number Street City State ZIp Code　　　As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only　　　　　　　　　　☐ Contingent

■ Debtor 2 only　　　　　　　　　　☐ Unliquidated

☐ Debtor 1 and Debtor 2 only　　　　☐ Disputed

☐ At least one of the debtors and another　**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**　☐ Student loans
**debt**　　　　　　　　　　　　　☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**　　　report as priority claims

■ No　　　　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes　　　　　　　　　　　　　■ Other. Specify　**personal debt - unknown**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)  **1:17-bk-20054**

---

**4.67**  **Webber, Keith & Kethia**

Nonpriority Creditor's Name

**14 Heights Creek Dr**
**Missouri City, TX 77459-2163**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** | **$10,000.00** |

**When was the debt incurred?**  **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **DHC business debt**

---

**4.68**  **Wells Fargo Bank**

Nonpriority Creditor's Name

**PO Box 10347**
**Des Moines, IA 50306-0347**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** | **$8,747.00** |

**When was the debt incurred?**  **2008 - 2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **personal debt**

---

**4.69**  **Wells Fargo Bank**

Nonpriority Creditor's Name

**PO Box 14517**
**Des Moines, IA 50306**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | | |
|---|---|---|
| **Last 4 digits of account number** | **8791** | **$6,907.00** |

**When was the debt incurred?**  **2008 - 2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **personal debt**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Patch, Tobias Moshe & Patch, Sarah Elizabeth**      Case number (if know) **1:17-bk-20054**

| 4.70 | **Wise County EMS** | Last 4 digits of account number | **5673** | **$1,997.00** |

Nonpriority Creditor's Name

When was the debt incurred? **2016**

**PO Box 450**
**Mansfield, TX 76063-0450**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **medical services**

---

| 4.71 | **World's Foremost Bank** | Last 4 digits of account number | **0470** | **$2,076.00** |

Nonpriority Creditor's Name

When was the debt incurred? **2015 - 2016**

**4800 NW 1st St # 300**
**Lincoln, NE 68521-4463**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **credit card debt**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Alltran Financial, LP**
**PO Box 610**
**Sauk Rapids, MN 56379-0610**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.71** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0470**

Name and Address
**Atlantic Credit & Finance**
**PO Box 2001**
**Warren, MI 48090-2001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4053**

Name and Address
**Credit Collection Service**
**725 Canton St**
**Norwood, MA 02062-2679**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.45** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8795**

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 26 of 29

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Patch, Tobias Moshe & Patch, Sarah Elizabeth**

Case number (if know)   **1:17-bk-20054**

---

**Credit Management, LP**
**4200 International Pkwy**
**Carrollton, TX 75007-1912**

Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Protection Assoc, LP**
**PO Box 802068**
**Dallas, TX 75380-2068**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **9081**

---

Name and Address
**Credit Protection Assoc, LP**
**13355 Noel Rd # 2100**
**Dallas, TX 75240-6837**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.34** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **8871**

---

Name and Address
**Eastern Account System**
**75 Glen Rd Ste 110**
**Sandy Hook, CT 06482-1175**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **1536**

---

Name and Address
**EOS CCA**
**700 Longwater Dr**
**Norwell, MA 02061**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.3** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **1690**

---

Name and Address
**ERC**
**PO Box 57547**
**Jacksonville, FL 32241-7547**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **9081**

---

Name and Address
**IC System**
**PO Box 64378**
**Saint Paul, MN 55164-0378**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.50** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Johnson Hobbs Squires**
**400 Austin Ave # 903**
**Waco, TX 76701-2101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.39** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Linebarger Goggan Etal.**
**1515 Cleveland Pl Ste 300**
**Denver, CO 80202-5114**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Linebarger Goggan Etal.**
**4828 Loop Central Dr # 500**
**Houston, TX 77081-2212**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.36** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Credit Management**
**2365 Northside Dr # 300**
**San Diego, CA 92108-2709**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **4053**

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F              Schedule E/F: Creditors Who Have Unsecured Claims                    Page 27 of 29

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Patch, Tobias Moshe & Patch, Sarah Elizabeth**          Case number (if know)   **1:17-bk-20054**

---

**National Credit Systems**
**PO Box 312125**
**Atlanta, GA 31131-2125**

Line **4.52** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **6008**

---

Name and Address
**NCB Management Services, Inc**
**PO Box 1099**
**Langhorne, PA 19047-6099**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.71** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **0470**

---

Name and Address
**Paul H. Sanderford, Esq**
**2110 Birdcreek Dr**
**Temple, TX 76502-1020**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.62** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Receivables Performance Mgmt**
**LLC**
**20816 44th Ave W**
**Lynnwood, WA 98036-7744**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.59** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **3591**

---

Name and Address
**Sunrise Credit Svcs Inc**
**PO Box 9100**
**Farmingdale, NY 11735-9100**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **5065**

---

Name and Address
**Transworld Systems Inc.**
**507 Prudential Rd**
**Horsham, PA 19044-2308**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **0354**

---

Name and Address
**Transworld Systems Inc.**
**PO Box 17221**
**Wilmington, DE 19850-7221**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **2609**

---

Name and Address
**Weltman Weinberg & Reis**
**323 W Lakeside Ave # 200**
**Cleveland, OH 44113-1009**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **1001**

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 15,138.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 15,138.00 |

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Patch, Tobias Moshe & Patch, Sarah Elizabeth**       Case number (if know)    **1:17-bk-20054**

| | | | |
|---|---|---|---|
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 517,356.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 517,356.00 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com