(COB #216 vodircmprules)(12/17)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado,

Case No. **17–20054–TBM**

In re:  Tobias Moshe Patch and Sarah Elizabeth Patch

Debtor(s)

## ORDER DIRECTING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the Amended Schedules D, E, and F, (the "Amendment,") filed by the Debtor at document no. 13. A review of the Amendment indicates provisions of the Fed. R. Bankr. P. and/or L.B.R. of this Court were not complied with:

[ ] L.B.R. 1009–1(a): Failure to file a complete document. Amended documents supercede all prior filings and may not merely state the new or changed items.

[ X ] L.B.R. 1009–1(b): Failure to file a Notice of Amendment (L.B.F. 1009–1.1) indicating new or amended information.

[ X ] L.B.R. 1009–1(c) and (d): Failure to properly serve the Amendment and file a certificate evidencing service on the trustee and any affected party. In addition to the requirements of 11 U.S.C. § 342(c)(1) and Fed. R. Bankr. P. 1009(a), upon the filing of any amendment adding creditors or parties in interest, L.B.R. 1009–1(c) requires service of the following documents:

    (1) the amended schedule;
    (2) the Notice of Amendment, L.B.F. 1009–1.1;
    (3) the Notice of Meeting of Creditors; and
    (4) any Notice of Possible Dividend or notice of a bar date for filing proofs of claim, along with a proof of claim form.

[ ] 28 U.S.C. § 1930: Failure to pay the appropriate fee for amendments to Schedules D or E/F, or additions to the list of creditors.

Therefore, IT IS ORDERED the Debtor must comply with this Order and the above–noted Rule(s) **within 14 days of this Order**. Failure to comply with this Order may impact the discharge of obligations owed to creditors by the Debtor who have not been given proper notice of the bankruptcy filing pursuant to 11 U.S.C. § 523(a)(3).

 Information on local rules and forms is available at www.cob.uscourts.gov/local–rules.

Dated:  1/9/18

BY THE COURT:
s/ Thomas B. McNamara
United States Bankruptcy Judge