**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | Tobias | M. | Patch | Case #: | 17-20054 TBM |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Debtor 2: | Sarah | E. | Patch | Chapter: | 7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 1009-1.1
## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

| Part 1 | Notice |
|---|---|

You are hereby notified that the debtor has filed amended documents: **[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)]**.

| Part 2 | Amendments |
|---|---|

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |
| | |

**2.3. Schedule(s) of Debts**

☐ Not applicable (no amendments to Schedules of Debt(s))

☒ Schedule(s) of Debts are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
|  |  |
|  |  |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served.  Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☒ Amendment to existing creditor<br><br>**Schedule E – no changes made** |  |  |  |  |
| ☐ New creditor<br>☒ Amendment to existing creditor<br><br>**Schdule F – U S Trustee's Office requested Sch. F be amended to identify & describe all non-priority unsecured claims to confirm Debtors were business debtors.** |  |  |  |  |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
|  |  |

| | |
|---|---|
| | |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |
| | |

Schedules I/J:

| Amended/New information |
|---|
| |
| |

**2.4. Statement(s)**

☒ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| | | |

**2.5. Addition of Creditor(s)**

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |

**Part 3   Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated:  January 18, 2018

By:  _____ */s/ Jon B. Clarke* _____
Jon B. Clarke, Colo Atty Reg. No. 535
Attorney for Debtors
Telephone number:  (303) 779-0600
Facsimile number:   (303) 688-3189
E-mail address:  jclarke@clarkepclaw.com

| Part 4 | **Verification of Debtor** |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____     By: _____
                                                                    Signature of debtor

                                                                    Mailing Address: _____
                                                                    Telephone number: _____
                                                                    Facsimile number: _____
                                                                    E-mail address: _____

CERTIFICATE OF MAILING

        I hereby certify that on the 18th day of January, 2018, a true and correct copy of the foregoing was mailed, proper postage prepaid, addressed to

U. S. Trustee
999 18th Street, Suite 1551
Denver, CO  80202-2415

Dennis W. King, Esq.
P. O. Box 460609
Aurora, CO  80046-0609

Mr. & Mrs. Tobias Patch
5431 Suffolk Circle
Castle Rock, CO  80104-5497

                                        _____/s/ Jon B. Clarke_____